SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 29 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

TORRENCE DONELL MAYFIELD

**SUPERSEDING INDICTMENT**
CRIMINAL NO. 3:22-CR-31-KHJ-FKB

18 U.S.C. § 922(a)(6)
18 U.S.C. § 922(d)

**The Grand Jury charges:**

COUNT 1

That on or about September 23, 2021, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **TORRENCE DONELL MAYFIELD**, knowingly sold or otherwise disposed of ammunition, to a person, knowing and having reasonable cause to believe that the person had been convicted of a crime punishable by a term of imprisonment exceeding one year in violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

COUNT 2

That on or about October 15, 2021, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **TORRENCE DONELL MAYFIELD**, knowingly sold or otherwise disposed of ammunition, to a person, knowing and having reasonable cause to believe that the person had been convicted of a crime punishable by a term of imprisonment exceeding one year in violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

COUNT 3

That on or about October 26, 2021, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **TORRENCE DONELL MAYFIELD**, in

connection with the acquisition or attempted acquisition of a firearm from Momentum Pawn, Inc., a licensed dealer of firearms within the meaning of Title 18, United States Code, Chapter 44, knowingly made a false and fictitious written statement to Momentum Pawn, Inc., which statement was intended and likely to deceive Momentum Pawn, Inc. as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under Chapter 44 of Title 18, in that **TORRENCE DONELL MAYFIELD** represented that he was the actual transferee/buyer of the firearm and was not acquiring the firearm on behalf of another person when answering box 21.a. on Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, whereas in truth and in fact **TORRENCE DONELL MAYFIELD** then knew that he was not the actual transferee/buyer of the firearm and was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT 4

That on or about October 27, 2021, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **TORRENCE DONELL MAYFIELD**, knowingly sold or otherwise disposed of a firearm, to a person, knowing and having reasonable cause to believe that the person had been convicted of a crime punishable by a term of imprisonment exceeding one year in violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all

property used to facilitate the offense.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c).

TODD W. GEE
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED

Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the _____ day of November 2023.

UNITED STATES MAGISTRATE JUDGE

3